UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA SHOOK,

    Plaintiff,

Case No.: 17-12646

v.

HONORABLE VICTORIA A. ROBERTS

OS RESTAURANT SERVICES, LLC.

    Defendant.

_____/

## ORDER SATISFYING SHOW CAUSE

After reviewing the complaint, the Court was not satisfied that complete diversity existed between Plaintiff and Defendant. The Court ordered Defendant to show cause that diversity jurisdiction existed. Defendant responded promptly and established for the purpose of diversity jurisdiction that: 1) Defendant OS Restaurant Services, LLC's sole member is Outback Steakhouse of Florida, LLC; 2) Outback Steakhouse of Florida, LLC's sole member is OSI Restaurant Partners, LLC; 3) OSI Restaurant Partners, LLC's sole member is OSI HoldCo, Inc.; 4) OSI HoldCo, Inc. has its principal place of business in Florida and is incorporated in Delaware. Therefore, Defendant OS Restaurant Services, LLC is a citizen of Delaware and Florida.

Complete diversity exists, and the Court has diversity jurisdiction of this action. The order to show cause is **SATISFIED.**

**IT IS ORDERED**.

                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
Dated: September 29, 2017      United States District Judge